MAYER BROWN LLP
JOHN NADOLENCO (SBN No. 181128)
jnadolenco@mayerbrown.com
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

LISA M. FERRI (*Admitted Pro Hac Vice*)
lferri@mayerbrown.com
JOHN J. MOLENDA (*Admitted Pro Hac Vice*)
jmolenda@mayerbrown.com
MANUEL J. VELEZ (*Admitted Pro Hac Vice*)
mvelez@mayerbrown.com
1675 Broadway
New York, NY 10019-5820
Telephone: (212) 506-2500
Facsimile: (212) 262-1910

Attorneys for Plaintiffs
ZEST IP HOLDINGS, LLC, and ZEST
ANCHORS, LLC

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZEST IP HOLDINGS, LLC, a Delaware limited liability company; ZEST ANCHORS, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>IMPLANT DIRECT MFG, LLC, a Nevada limited liability company; IMPLANT DIRECT LLC, a Nevada limited liability company; IMPLANT DIRECT INT'L, a Nevada corporation,<br><br>Defendants. | Case No. 10-CV-0541 LAB (WVG)<br><br>**NOTICE OF ZEST'S MOTION AND MOTION TO JOIN IMPLANT DIRECT SYBRON INTERNATIONAL AND IMPLANT DIRECT SYBRON MANUFACTURING LLC PURSUANT TO RULE 25(c)**<br><br>Date:   November 13, 2012<br><br>Time:   11:15 AM<br><br>Place:   Courtroom 9, 2nd Floor |

1  PLEASE TAKE NOTICE that Plaintiffs Zest IP Holdings, LLC and Zest Anchors, LLC
2  (collectively, "Zest"), by and through their attorneys of record, will move this Court pursuant to
3  Fed. R. Civ. P. 25(c) for an Order joining Implant Direct Sybron International and Implant Direct
4  Sybron Manufacturing LLC to this lawsuit. The motion is based on the attached Memorandum
5  of Points and Authorities, the Declaration of Manuel J. Velez, and a Proposed Order lodged
6  concurrently herewith.

Dated: August 21, 2012

Mayer Brown LLP

By: /s/ John Nadolenco
JOHN NADOLENCO
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

LISA M. FERRI
JOHN J. MOLENDA
MANUEL J. VELEZ
1675 Broadway
New York, NY 10019-5820
Telephone: (212) 506-2500
Facsimile: (212) 262-1910

Attorneys for Plaintiffs
ZEST IP HOLDINGS, LLC, and ZEST
ANCHORS, LLC

1

NOTICE OF MOTION AND MOTION TO JOIN
CASE NO. 10-0541 LAB (WVG)

# CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; and that I served the individuals on the service list attached hereto the following documents:

**NOTICE OF ZEST'S MOTION AND MOTION TO JOIN IMPLANT DIRECT SYBRON INTERNATIONAL AND IMPLANT DIRECT SYBRON MANUFACTURING LLC PURSUANT TO RULE 25(c)**

**Filed August 21, 2012 on the ECF system and served pursuant to General Order No. 550, with:**

**Christopher J. Dugger**
cdugger@kleinberglerner.com

**Michael Hurey**
mhurey@kleinberglerner.com

**Philip Nulud**
pnulud@kleinberglerner.com

by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

\

**Patrick F. Bright**
Wagner, Anderson & Bright LLP
3541 Ocean View Boulevard
Glendale, CA 91208

                                                  s/John Nadolenco
                                                   John Nadolenco
                              E-mail: *jnadolenco@mayerbrown.com*