Michael Hurey (State Bar No. 139,029)
mhurey@kleinberglerner.com
Robert N. Treiman (State Bar No. 133,299)
rtreiman@kleinberglerner.com
Christopher J. Dugger (State Bar No. 239,427)
cdugger@kleinberglerner.com
KLEINBERG & LERNER, LLP
1875 Century Park East, Suite 1150
Los Angeles, California 90067-2501
Telephone: (310) 557-1511
Facsimile: (310) 557-1540

Attorneys for Defendants IMPLANT DIRECT MFG. LLC,
IMPLANT DIRECT LLC and IMPLANT DIRECT INT'L

Patrick Bright (State Bar No. 68,709)
pbright@patentattornye.us
WAGNER, ANDERSON & BRIGHT
3541 Ocean View Blvd.
Glendale, CA 91208
Telephone: (213) 700-6637
Facsimile: (818) 249-9335
Attorneys for IMPLANT DIRECT SYBRON INTERNATIONAL
and IMPLANT DIRECT SYBRON MANUFACTURING LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZEST IP HOLDINGS, LLC, et al.<br><br>Plaintiffs,<br><br>v.<br><br>IMPLANT DIRECT MFG. LLC, et al.<br><br>Defendants. | Case No.  10-CV-0541 GPC (WVG)<br><br>**NOTICE OF DEFENDANTS' MOTION AND MOTION FOR RECONSIDERATION OF ORDER GRANTING PLAINTIFFS' MOTION TO AMEND DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS**<br><br>Date: July 19, 2013<br>Time: 1:30 pm<br>Judge: Gonzalo P. Curiel |

PLEASE TAKE NOTICE that Defendants, by and through their attorneys of record, will move this Court pursuant to Local Rule 7.1(i) for reconsideration of the Court's order [Dkt. 202] granting the motion [Dkt. 107] of Plaintiffs to amend their Disclosure of Asserted Claims and Infringement Contentions.  The motion is based on the Memorandum of Points and Authorities filed concurrently herewith.

Dated: May 15, 2013	By: */christopher j dugger/*
	Christopher J. Dugger
	Attorneys for Defendants
	IMPLANT DIRECT MFG.
	LLC, IMPLANT DIRECT LLC and
	IMPLANT DIRECT INT'L

	By: */patrick bright/*
	Patrick Bright
	Attorneys for Defendants
	IMPLANT DIRECT SYBRON
	INTERNATIONAL and IMPLANT
	DIRECT SYBRON
	MANUFACTURING, LLC