Michael Hurey (State Bar No. 139,550)
mhurey@kleinberglerner.com
Robert N. Treiman (State Bar No. 133,299)
rtreiman@kleinberglerner.com
Christopher J. Dugger (State Bar No. 239,427)
cdugger@kleinberglerner.com
KLEINBERG & LERNER, LLP
1875 Century Park East, Suite 1150
Los Angeles, California 90067-2501
Telephone: (310) 557-1511
Facsimile: (310) 557-1540
Attorneys for Defendants IMPLANT DIRECT MFG. LLC, IMPLANT DIRECT
LLC and IMPLANT DIRECT INT'L

Patrick Bright (State Bar No. 68,709)
pbright@patentattornye.us
WAGNER, ANDERSON & BRIGHT
3541 Ocean View Blvd.
Glendale, CA 91208
Telephone: (213) 700-6637
Facsimile: (818) 249-9335
Attorneys for IMPLANT DIRECT SYBRON INTERNATIONAL
and IMPLANT DIRECT SYBRON MANUFACTURING LLC

## UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZEST IP HOLDINGS, LLC, et al.<br><br>Plaintiffs,<br><br>v.<br><br>IMPLANT DIRECT MFG. LLC, et al.<br><br>Defendants. | Case No.  10-CV-0541 GPC (WVG)<br><br>DEFENDANTS' STATEMENT PURSUANT TO LOCAL RULE 7.1(i)(1) |

Defendants provide the following statements pursuant to Local Rule 7.1.(i)(1).

1.     Plaintiffs moved on July 25, 2012, before Judge Burns, to amend their

infringement contentions.

      2.     That motion was granted.

      3.     The granting of the motion was unjust, and will unfairly prejudice Defendants.  Defendants have included facts and circumstances that were not shown in the prior opposition to the motion in the concurrently filed Memorandum of Points and Authorities.

Dated: May 14, 2013          By: _____
                                Michael Harey
                                Attorneys for Defendants
                                IMPLANT DIRECT MFG.
                                LLC, IMPLANT DIRECT LLC and
                                IMPLANT DIRECT INT'L

                    By: */patrick bright/*
                        Patrick Bright
                        Attorneys for Defendants
                        IMPLANT DIRECT SYBRON
                        INTERNATIONAL and IMPLANT
                        DIRECT SYBRON
                        MANUFACTURING, LLC